In the Matter of KELLY S. BOYD, Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Appellants.

Submitted May 12, 2014; decided June 5, 2014

Motion by CAMBA Legal Services for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. A copy of the brief must be served and an original and two copies filed within seven days.

In the Matter of KELLY S. BOYD, Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Appellants.

Submitted May 12, 2014; decided June 5, 2014

Motion by Bill Perkins et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. A copy of the brief must be served and an original and two copies filed within seven days.

In the Matter of KELLY S. BOYD, Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Appellants.

Submitted May 12, 2014; decided June 5, 2014

Motion by Letitia James et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK, B.A., "RABOBANK INTERNATIONAL," NEW YORK BRANCH, Respondent, v FRANCISCO JAVIER HERRERA NAVARRO, Appellant, et al., Defendant.

Submitted March 17, 2014; decided June 5, 2014

Motion to expand the record denied.